FILED: February 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1542 (L)
(2:18-cv-02750-DCN)

_____

SUSAN HARRIMAN

        Plaintiff - Appellant

v.

ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.

        Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Heytens, Judge Benjamin, and Judge Hanes.

        For the Court

        /s/ Nwamaka Anowi, Clerk